UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD BOLLING,

    Plaintiff,

    v.

B. CURRY, Warden; LINA MANGLIEMOT, RN; BARBARA AMRHEIM, SRN II; J. ABOYTES and P. G. DENNIS, Appeals Coordinators; and N. GRANNIS, Chief, Inmate Appeals Branch,

    Defendants.
    _____/

No. C 07-3820 PJH (PR)

**ORDER FOR PLAINTIFF TO SHOW CAUSE**

This is a civil rights case filed pro se by a state prisoner. The complaint was dismissed with leave to amend within thirty days in an order entered on April 8, 2008. Plaintiff was warned that if he did not amend within the time allowed the case would be dismissed. He has not amended.

In the initial review order the court noted that plaintiff's claim against one defendant, Mangliemot, "may well be sufficient," which perhaps suggests that the complaint should be allowed to proceed against her. On the other hand, plaintiff's failure to amend when the entire complaint was dismissed with leave to amend suggests that he may not be interested in pursuing this case. Plaintiff therefore is **ORDERED** to show cause why the case should not dismissed with prejudice for failure to amend. If he does not respond, or is unable to show cause, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: May 21, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\BOLLING3820.OSC-P.wpd