FILED

MAY 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD BOLLING,

    Plaintiff,

v.

B. CURRY, Warden; LINA MANGLIEMOT, RN; BARBARA AMRHEIM, SRN II; J. ABOYTES and P. G. DENNIS, Appeals Coordinators; and N. GRANNIS, Chief, Inmate Appeals Branch,

    Defendants.

No. C 07-3820 PJH (PR)

**ORDER SETTING DEADLINE**

The court's May 21, 2008, order for plaintiff to show cause for his failure to amend inadvertently did not set a deadline for his response to the order. Plaintiff's response shall be filed within fifteen days of the date of this order.

**IT IS SO ORDERED.**

Dated: May _____, 2008.

                                PHYLLIS J. HAMILTON
                                United States District Judge

G:\PRO-SE\PJH\CR.07\BOLLING3820.OSC-deadline.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALD BOLLING,

    Plaintiff,

v.

B. CURRY et al,

    Defendant.
_____/

Case Number: CV07-03820 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Bolling H-36413
Correctional Training Facility
P.O. Box 689
F-Wing-238L
Soledad, CA 93960-0689

Dated: May 23, 2008

*M Narcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk