1    NAME: Ronald BoLLing
     CDC#: H-36413
2    CELL: Y-202 Low
     P.O. BOX 689
3    SOLEDAD, CA  93960-0689

4    IN PROPRIA PERSONA

FILED

08 MAY 30  PM 3: 31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6         United States District Court

7         Northern District of California

8

9                    (COURT)

10                                    E-filing

11

12   Ronald BoLLing          )    CASE NO. C 07-3820 PJH (PR)
                             )
13        PETITIONER          )    NOTICE OF CHANGE OF ADDRESS
                             )
14   V.                      )
                             )
15   Lina Mangliemot, RN; ET,AL;  )
                             )
16        RESPONDENT          )
                             )
17                           )

18

19        TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20        NOTICE IS HEREBY GIVEN, that the above-named petitioner,

21    Ronald BoLLing          , has changed his address of

22   record to:   NAME: Ronald BoLLing        CDC#: H-36413

23        HOUSING/CELL:  YW-202 Low

24        P.O. BOX 689    CORRECTIONAL TRAINING FACILITY

25        SOLEDAD, CA 93960-0689

26        Respectfully submitted,

27   MAY-28-2008           -Ronald RoLLing

28        DATE                  PETITIONER (Signature)



Legal Mail

Donald Belling, H-36413
P.O. Box 689 , Yw-202
Soledad, CA., 93960

Clerk of the United States District Court
For The Northern District of California
450 Golden Gate Ave., Box 36060
San Francisco, CA., 94102

SAN JOSE CA 951
29 MAY 2008

02 1M
000422961 3
MAILED FROM ZIPCODE 93960
$ 00.42
MAY 29 2008