RECEIVED
08 MAY 30
CLERK U.S. WIEKING
ERN DISTRICT COURT
DISTRICT OF CALIFORNIA

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3    Name _BoLLing , Ronald_

4       (Last)        (First)        (Initial)

**FILED**

5    Prisoner Number _H-36413_

MAY 3 0 2008

6    Institutional Address _P.O. BOX 689, VW-202 Low_

7    _SoledAd, CA, 93960_

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8    ================================================

9                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA** E-filing

10   _Ronald BoLLing_

11   (Enter the full name of plaintiff in this action)                    )

12                          vs.                                            )    Case No. _C07-3820 PJH (PR)_
                                                                           )    (To be provided by the clerk of court)
13   _Lina MAngliemot, Rn: ET, AL;_                                        )
                                                                           )    **COMPLAINT UNDER THE**
14   _____                                      )    **CIVIL RIGHTS ACT,**
                                                                           )    **42 U.S.C §§ 1983**
15   _____                                      )
                                                                           )    _LeAve to Amend_
16   _____                                      )
     (Enter the full name of the defendant(s) in this action)             )
17                                                                         )

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.    Exhaustion of Administrative Remedies

20         [**Note:** You must exhaust your administrative remedies before your claim can go

21         forward. The court will dismiss any unexhausted claims.]

22         A.    Place of present confinement _CoRRectionaL TRAining FAcility_

23         B.    Is there a grievance procedure in this institution?

24               YES(X)      NO ( )

25         C.    Did you present the facts in your complaint for review through the grievance

26               procedure?

27               YES(X)      NO ( )

28         D.    If your answer is YES, list the appeal number and the date and result of the appeal at

     COMPLAINT                    - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal *Screen Out #SO-2135, 10-05-06 submitted 9-17-06, Denied 9-26-06*

2. First formal level *Screen out #SO-2135, 10-05-06 submitted 10-3-06 Denied via screen out 10-05-06*

3. Second formal level *10-11-06 Resubmitted To First Level on 10-11-06 And denied via Screen out Again 10-12-06*

4. Third formal level *Submitted 11-01-06, Returned unanswered by N. Grannis ? See Attatched Exibits (A)&(B).*

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES (X)        NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain

why._____

_____

_____

II.    Parties

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

*Ronald Bolling - H-36413, YW-202Low P.O.Box 689   Soledad, California, 93960-0689*

B.    Write the full name of each defendant, his or her official position, and his or her place of

employment.

*Lina mangliemot, RN; Correctional Training Facility P.O.Box 689, Soledad, ca, 93960-0689*

COMPLAINT                          - 2 -

1

2

3

4   III.    Statement of Claim

5        State here as briefly as possible the facts of your case. Be sure to describe how each

6   defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7   cases or statutes. If you have more than one claim, each claim should be set forth in a separate

8   numbered paragraph.

9   C.T.F. Medical Department has been delibertly Indeffecent to my

10  Serious needs, Causing me to enduce needless Pain and Suffering and

11  mental Anguish, Amounting to Cruel and Unusual Punishment in Violat-

12  -ion of my Federally Peotected Rights, under the U.S. Constitution Amendments

13  Eigth and Foueteen, this has been Effected through denial of Medical

14  Care, delay of medical care, Allowing non-medical Personnel to make

15  Medical Decisions without the Authoeization of a Doctor on sight.

16  Prescribing medication by Nursing staff, And denial to see a Doctor

17  on a weekend, Refusial to see Attending Doctor, Because Attending

18  NURSE (Lina Mangliemot) did not think I was going to Die b Resulting in

19  Slowness of Speech, Slowness of memory And thought Process. of was

20  in EXTReme Pain and the nurse (mangliemot) still said no, and told me

21  to come back tomorrow,

22  IV.     Relief

23        Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24  you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25  Plaintiff Request this Court to declare That the Acts and/or Omissions

26  of the defendants in their Individual And/or Offical Capacities

27  Amount to Violations of my Constitutional Rights, And grant

28  Him Injuctive and Declaratory Relief As needed, And grant

COMPLAINT                                    - 3 -

1  *An award of Compensatory or/and Punitive damages, compensate Him*
2  *for said Violations, His needless Pain and Suffering, and deter defendants from*
3  *Further Participation in unconstitutional Act and/or omissions.*

4    I declare under penalty of perjury that the foregoing is true and correct.

6    Signed this __28__ day of __MAY__, 20__08__

8    _Ronald Rolling_
9    (Plaintiff's signature)

COMPLAINT                    - 4 -

# EXHIBIT



1.50-2135 10-5-06

*Emergency C.M.O. Look Please*
*I need Help*

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region     Log No.        Category
1. _____    1. _____    8-1
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Bolling, Ronald | H-36413 | Print Shop VOC. | F-238 Low |

A. Describe Problem: Nurse (Lina) saw me at 8:45am 9-17-06. I said my head feels like it has a nail in it, (Right side) my Right eye twitches with the pain, when it throbs. She said I have a migrane. I said no, something else is wrong, and I need help She said today is not for medical visits, and to see the M.T.A. window tomorrow and Rescheldue to see a doctor.

If you need more space, attach one additional sheet.

B. Action Requested: I'm glad I didn't die yet! since it's not monday thru fridays I asked to see a doctor and she said no! is m.t.a. (Lina) a doctor? she also prescribed motrin for 1 day! I want her fired!

Inmate/Parolee Signature: *Ronald Bolling*     Date Submitted: 9-17-06

C. INFORMAL LEVEL (Date Received: 9-26-06 )

Staff Response: Inmates do not dictate staff discipline.

Staff Signature: *Barbara Amrhein SRNII*  9-26-06  Date Returned to Inmate:

MHAZ-1
RECEIVED
NOV 3 2006
APPEAL BRANCH

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I filed this paper work to get help for my self, I needed to be seen, an should of Been seen on that sunday, nurse Lina played doctor that day and I'm the one that hurts.

Signature: *Ronald Bolling*     Date Submitted: 10-3-06

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

RECEIVED   RECEIVED   RECEIVED

CDC Appeal Number: _____

SEP 20 2006
CTF
MEDICAL APPEALS

OCT  5 2006

OCT 13 2006

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                                    Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

The C.T.F. APPEALS Coordinator is Denying me medical Attention By
Screening out this Appeal And is Also Denying my 1st
Amendment Right to Redress at Grievances And Access
to the Courts. The Appeals Coordinator Cannot Determine the
medical Problem Addressed Here

Signature: _____ Date Submitted: 10-30-06

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

State of California
CDC FORM 695.
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

October 6, 2006

*BOLLING, H36413*
*CFFWT2000000238L*

Log Number: CTF-C-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).*

*Comments:  Appeal #06-03244 is pending 1st Level Response by Medical Department.*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

2 of 3

To: J. Aboytes
Appeals Coordinator
Correctional Training Facility

RE: Screen out of my appeal (attached)

Your screen out of my appeal is incorrect and amounts to **DELIBERATE INDEFFERENCE OF MY SERIOUS MEDICAL NEEDS.**

I still have mild to extreme headaches and wavy blurred vision in my right eye, and twitching. I am also experencing slowness of thought and speech.

1 of 3
10-11-06

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

*October 12, 2006*

**BOLLING, H36413**
*CFFWT2000000238L*

Log Number: CTF-C-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).*

*Appeal process abuse - Failure to Cooperate.*

*Comments:  If you are having emergency medical needs, go to sick call line.*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

Ronald Bolling   H-36413
P.O. Box 689     FW-238L
Soledad, CA   93960-0689

November 1, 2006

California Prison Healthcare Receiving Corporation
1731 Technology Drive, Suite # 700
San Jose, California                    95110
Attn.: Inmate Patient Relations Manager
Attorney Kristina Hector
Chief of Staff Attorney John Hagar

RE: Denial of Medical Care

Mr. Chief of Staff-Attorney John Hagar
       I have a problem with the medical department here at Central Training Facility
It started off on 9-17-06, when I tried to see a doctor, because I was not feeling good and it felt like I had a nail
in my head.

       While I was waiting to see a doctor,  a nurse (last name Lina), told me I could not see the doctor that day
and that I had to come back the next day. (Refer to inmate appeal form attached as exhibit "A" page 1 of 4).

       When I filed the appeal at the Formal Level the appeals coordinator screened out my appeal stating
"you have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is
pending". (Exhibit "A" page 2 of 4). However, my previous appeal concerned a back problem and is in no way
a duplicate of this current appeal (please see Exhibit "B").

       Then I resubmitted my appeal explaining that the problem has not gone away or been properly ad-
dressed. (Exhibit "A" page 3 of 4).

       The appeals coordinator responded saying that my complaint amounted to
"appeal process abuse" and "I should go back to the sick call line if I'm having medical needs." (Exhibit "A" 4
of 4).

       Since then my problem has become even more serious. I am currently a lot slower as far as my thought,
and my speech has also slowed down considerably. I am sure this all started the night of (9-16-06), and adequate
medical attention might have been able to prevent the problem I have now.

                                                            Ronald Bolling

       THANK YOU FOR YOUR TIME AND ASSISTANCE.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CORRECTIONAL TRAINING FACILITY - SOLEDAD

# Memorandum

Date:      November 27, 2006

To:        BOLLING, H36413

Subject:   **CTF APPEAL LOG # CTF-C-06-03244**
           **FIRST LEVEL RESPONSE**

**ISSUE:**      Your CDC 602 indicates that you are requesting to get an MRI to figure out the treatment needed and medication for your back.

**APPEAL RESPONSE:**  The MRI Lumbar Spine without Contrast was completed July 31, 2006 by Salinas Valley Radiologists. You were then examined by Dr. Ramberg, Neurologist November 9, 2006. The recommendation was for an MRA of the brain be completed to days before a surgical procedure is completed. You were referred for an MRA November 21, 2006 by Dr. Sinnaco. You have been scheduled for this procedure. Dr. Sinnaco also ordered appropriate medication and a follow-up appointment in two weeks.

**APPEAL DECISION:** Your First Level appeal has been **granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Second Formal Level by completing Section "F" of your CDC 602 form, and submitting it to the Institution Appeals Office **within 15 days of the receipt of this response.**


**K. DENNIS, SSA**
Medical Appeals Analyst
CTF – Soledad

**KYLE B. SATHER, DDS**
**Chief Dental Officer**
**CTF - Soledad**

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*December 18, 2006*

**BOLLING, H36413**
*CFFWT2000000238L*

Log Number: CTF-C-06-03244
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***The requested action has been granted at a lower level and no further action is required.***

***Comments: Read 1st Level Response again.***

J. Abbytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA -- DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR



### *INMATE APPEALS BRANCH*

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

January 14, 2007

BOLLING, CDC #H-36413
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

Re:

Dear Mr. BOLLING:

The enclosed documents are being returned to you for the following reasons:

This office provides the Director's Level Review of inmate/parolee appeals. The form must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator. Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process. Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

# EXHIBIT

# B

**My friend sent this to me and encouraged me to post it and spread the word. I agree. If everyone can remember something this simple, we could save some folks. Seriously.. Please read:**

**STROKE IDENTIFICATION:**

During a BBQ, a friend stumbled and took a little fall - she assured everyone that she was fine (they offered to call paramedics) and just tripped over a brick because of her new shoes. They got her cleaned up and got her a new plate of food - while she appeared a bit shaken up, Ingrid went about enjoying herself the rest of the evening. Ingrid's husband called later telling everyone that his wife had been taken to the hospital - (at 6:00pm, Ingrid passed away.) She had suffered a stroke at the BBQ. Had they known how to identify the signs of a stroke, perhaps Ingrid would be with us today. Some don't die. They end up in a helpless, hopeless condition instead.

It only takes a minute to read this...

*A neurologist says that if he can get to a stroke victim within 3 hours he can totally reverse the effects of a stroke...totally. He said the trick was getting a stroke recognized, diagnosed, and then getting the patient medically cared for within 3 hours, which is tough.*

**RECOGNIZING A STROKE**

*Thank God for the sense to remember the "3" steps, STR . Read and Learn!*

Sometimes symptoms of a stroke are difficult to identify. Unfortunately, the lack of awareness spells disaster. The stroke victim may suffer severe brain damage when people nearby fail to recognize the symptoms of a stroke.

Now doctors say a bystander can recognize a stroke by asking three simple questions:

**S** *Ask the individual to **SMILE.**

**T** *Ask the person to **TALK** . to **SPEAK A SIMPLE SENTENCE**
(Coherently) (i.e. . . It is sunny out today)

**R** *Ask him or her to **RAISE BOTH ARMS.**

*{NOTE: Another 'sign' of a stroke is this: Ask the person to 'stick' out their tongue... if the tongue is 'crooked', if it goes to one side or the other that is also an indication of a stroke}*

If he or she has trouble with ANY ONE of these tasks, call 9-1-1 immediately and describe the symptoms to the dispatcher.

**A cardiologist says if everyone who gets this e-mail sends it to 10 people; you can bet that at least one life will be saved.**

Donald Ramberg, M.D.
Neurological Surgery
699 California Blvd., #B
San Luis Obispo, CA  93401
805-543-6710
Fax:  805-543-8298

**RE:**      **BOLLING, RONALD - H 36-41-3**
DOB:      12/4/57
DATE:      11/9/06      ѕіппасо

Mr. Bolling is a 49-year-old male, an inmate at Soledad Prison, who was injured doing
construction about 20 years ago. He has had back problems since that time, but more recently
has had increasing problems with back pain, difficulty in straightening up, difficulty walking.
Pain radiates to the left buttock, then has sharp shooting pains down the left leg with numbness
down to the left ankle. He is currently not working at the prison, partially because in September
of this year he had the acute onset of partial loss of speech with cramping, tightness and
weakness on the right side of his body. This lasted for several days, then started slowly
improving though he does not feel that his mental functioning is back to what it was prior to that.
He had an MRI of his brain that was normal. I am not sure if any other studies have been done.
Says he was seen by an eye doctor who told him he had some loss in the left eye.

**ADDITIONAL PAST MEDICAL HISTORY:** Says he has had cardiac ischemia some years ago
and was placed on some cardiac medications in addition to baby aspirin one per day.

**PHYSICAL EXAMINATION:**
*General:* He is alert and oriented, in mild distress.
*HEENT:* Negative.
*Musculoskeletal:* He walks in a very forward-flexed position and has difficulty in straightening
his lumbar spine. Flexion is good to about 80 degrees. SLR is positive on the left leg, very tight
on the right leg.
*Neurologic:* Normal knee reflexes. Ankle reflexes are mildly diminished on the left. There is
mild weakness of the left L5 distribution. Mental status appears to be relatively normal, though
he has some slight dysarthria and is somewhat slow in his speech and thought processes.

**IMPRESSION:**
1. Left L5 and S1 lumbar radiculitis secondary to lumbar disk bulge at L5-S1 with foraminal
stenosis as evidenced by report from previous MRI scan.
2. Cerebral infarction.

**CURRENT RECOMMENDATIONS:** Left L5-S1 lumbar laminectomy and diskectomy. He'll
need to be off aspirin for ten days prior to this surgical procedure. In addition, if he has not had
an MRA of the brain done, I would recommend that to rule out any large vessel stenosis that may
be a significant risk during the surgical procedure.

Donald A. Ramberg, M.D.

DAR:rm      CC: Soledad Prison

COPY

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

A fee of $5.00 may be charged to your trust account for each health care visit.

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME  _Bolling_                   CDC NUMBER  _H 36413_          HOUSING  _F - 238 1/2_

PATIENT SIGNATURE                                                DATE  _9-17-06_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

_Migraine pain (R) lobe (R) Eye keeps_

_Twitching (started 10pm 9-16-06)_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received:  _0830_  _Mills_          Received by:  _Mills_

Date / Time Reviewed by RN:                      Reviewed by:

S:  _H/A (R) Temperal lobe_       Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T: _91.8_   P: _56_   R: _14_   R: _110/80_   BP: _100/80_   WEIGHT: _20'_   _9-17-06_

_alert oriented 110/76 (5)_
_X 3_

A:

P:  _Motrin 600 mg po now give 110 X 1 days_
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION  _CTTC_ | |
| PRINT / STAMP NAME | SIGNATURE / TITLE  _mary _____ rn_ | | DATE/TIME COMPLETED  _9_ |

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

*If you believe this is an urgent/emergency health care need, contact the correctional officer on duty.*

REQUEST FOR:  MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME Bolling, R.   CDC NUMBER H-36413   HOUSING F-238

PATIENT SIGNATURE   DATE 9-18-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I HAVE A Pain in my Head (it feels like I HAVE A NAIL In my Head my Right Eye Twitches And sometimes my speech is slupeed, Help I came up on 9-17-06 But nurse (Lina) Said I CAN't see a doctor! This is my 2nd try To see doctor.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☑ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)   Trieber

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received:                         Received by:

Date / Time Reviewed by RN:                   Reviewed by:

S: c/o (R) sude headache   Pain Scale:  1  2  3  4  5  6  7  8  9  10
" Feel like a bone nail in
my head"   started quddenly on
Twitching on the (R) eye   saturday night
slurred speech.
right head/eye/NEE/

O: T: 97.9 P: 60  R: 20  BP: 122/70   WEIGHT: 201 lbs — 1 began

A:

P: To MD

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION CTF | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED 9/18/06 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

HEAL

PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME  Bolling, Ronald | CDC NUMBER  H 36413 | INSTITUTION  CTF |

| DATE OF BIRTH  12-4-57 | EPRD DATE  LIFER | GENDER  M |

PRINCIPLE DIAGNOSIS  Mitral Valve Prolapse c̄ HA and    ICD-9 CODE    CPT CODE(S)

REQUESTED SERVICE(S)  Ophth. Consult                    Blepharospasm OD    # OF DAYS RECOMMENDED

*Please circle all that apply:* Diagnostic Procedure/Consultation · Outpatient/Inpatient · Initial/Follow-up

Requested Treatment/Service is:    EMERGENT    URGENT    ROUTINE

*For the purpose of retroactive review, if emergent or urgent, please justify:* _____

Proposed Provider:  Dr. Ulonsay @ CTF    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):*  10 day Hx c̄ HA behind (Rt) eye.

Estimated time for service delivery, recovery, rehabilitation and follow-up:  6 mo

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):  MRI d head  9/22/06

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME  T. FRIEDERICHS MD | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |

| REQUESTING PHYSICIAN SIGNATURE | DATE  9-25-06 | Utilization management tracking #: |

DATE OF CONSULTATION _____    PRINTED NAME OF CONSULTANT  3 separate

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE  /05/06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |

| ETA RN SIGNATURE | DATE |

| PCP SIGNATURE | DATE |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN   - TO UHR PENDING ORIGINAL
CANARY  - CONSULTANT
PINK    - UM
GOLD    - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (Rev. 11/02)

| | |
|---|---|
| 9/6/06 | ✓ ⌀ 120/80 — |
| | To med 6 - 10.45 |
| | St/R leaving H.A. |
| | of side cold |
| | Rt. sided H.A. - milder - |
| | definite @ttocked |
| | opte disc |
| | uleuele |
| 10-6-06 16⁰⁰ | referral to |
| | ① Neurologist @ recommendation |
| | ② Opthalmologist |
| | J. Fiederie |
| | T. FRIEDERICHS m |
| 10/11/06 16⁴⁰ | URC approves Neurology Consult |
| | R. Fieden |

**TIMOTHY W. FRIEDERICHS, M.D.**
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| CTF | | Bolling #36413 |

**INTERDISCIPLINARY PROGRESS NOTES**

C 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5, 28 U.S.C. § 1746)

I, _Ronald Bolling , H-36413_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _CORRECTIONAL_

_TRAINING Facility , YW-202Low_ Prison,

in the county of _Monterey_,

State of California. My prison address is: _P.O.BOX-689 - YW-202Low_,

_Soledad, CA., 93960_

On _MAY -28 - 2008_,
(DATE)

I served the attached: _Complaint Under the civil Rights Act,_

_42 U.S.C. §§ 1983  Case NO. C 07- 3820 PJH (PR)_
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _MAY 28, 2008_
(DATE)

(DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-